**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**MISCELLANEOUS NO. 09-3-DLB**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**VS.**                                              **ORDER**

**THOMAS CASEY BREFELD**                                                    **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #8), and there being no objections filed thereto; and Defendant having been given the opportunity to allocute by filing a request to address the Court prior to final sentencing (*id.* at 3), and Defendant having failed to file such notice requesting allocution, and the Court being sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (Doc. #8), be, and is hereby **adopted** as the findings of fact and conclusions of law of the Court; that Defendant is found to have **violated** the terms of his supervised release; that Defendant is sentenced to **time served**; that Defendant's supervised release is reimposed for a period of **three (3) years**; that Defendant serve **six (6) months** in a half-way house to be designated by the probation office; and that Defendant's monthly payments are reduced from $175.00 to $100.00/month towards his restitution balance of $130,042.01.

A Judgment shall enter concurrently herewith.

This 27th day of October, 2009.

Signed By:

**David L. Bunning**

**United States District Judge**